1

Case Detail

# Case Detail

| | |
|---|---|
| Broward County Case Number: **CACE15007855** | State Reporting Number: **062015CA007855AXXXCE** |
| Court Type: **Civil Division - Circuit Court** | Case Type: **Contract and Indebtedness** |
| Incident Date: **N/A** | Filing Date: **05/04/2015** |
| Court Location: **Central Courthouse** | Case Status: **Pending** |
| Magistrate ID / Name: **N/A** | Judge ID / Name: **03 Powell, Mily R.** |

Style: **Albert J Churba Plaintiff vs. PNC Fin Services, Inc Defendant**

| Party(ies) | Disposition(s) | Event(s) |
|---|---|---|

**[+] Expand All**  **[-] Collapse All**    Document Options: 🗎 Viewable  🗎 Confidential

## [−] Party Detail

| Party Type | Party Name | Address (Per AOSC14-19, the Court hereby adopts the Standards for Access to Electronic Court Records and Access Security Matrix, as amended by the Court, to supersede the restrictions imposed by AOSC07-49.) | Attorneys / Address ★ Denotes Lead Attorney (Per FL Bar Rule 1-3.3, the most current attorney contact information can be found on the Florida Bar website.) |
|---|---|---|---|
| Plaintiff | Churba, Albert J | | ★ Berkman, Peter B Retained 18865 State Road 54 #110 Lutz, FL 33558 |
| Defendant | PNC Fin Services, Inc Doing Business As **PNC Bank** | | ★ Burgess, R Carter, ESQ. Retained MCGLINCHEY STAFFORD 10407 Centurion Parkway N., Suite 200 Jacksonville, FL 32256 |

## [−] Disposition Detail

| There is no disposition information available for this case. |
|---|

## [−] Events, Hearings, Documents and Orders of the Court

| View | Date | Description | Additional Text | Pages |
|---|---|---|---|---|
| 🗎 | 05/27/2015 | **Motion for Extension of Time** | TO RESPOND TO PLAINTIFF'S COMPLAINT Party: *Defendant PNC Fin Services, Inc* | 3 |
| 🗎 | 05/15/2015 | **Notice of Appearance** | R. Carter Burgess, Esq. Florida Bar # 058298 Glen M. Lindsay, Esq. Florida Bar # 59200 McGLINCHEY STAFFORD Party: *Defendant PNC Fin Services, Inc* | 3 |
| | 05/07/2015 | **Filing Fee** | Payor: PETER BENJAMIN BERKMAN ; UserId: CTS-fg/t ; Receipt: 20151FA1A064521; ; Amount: $401.00 | |
| | 05/07/2015 | **Summons Issued Fee** | Payor: PETER BENJAMIN BERKMAN ; UserId: CTS-fg/t ; Receipt: 20151FA1A064521; ; Amount: $10.00 | |
| 🗎 | 05/04/2015 | **Civil Cover Sheet** | | 2 |
| 🗎 | 05/04/2015 | **Complaint (eFiled)** | Party: *Plaintiff Churba, Albert J* | 6 |
| 🗎 | 05/04/2015 | **eSummons Issuance** | Party: *Defendant PNC Fin Services, Inc* | 2 |

Perform Another Search    Back

Case Detail

Case Number: CACE-15-007855 Division: 03

Filing # 26874946 E-Filed 05/04/2015 09:27:17 PM

# IN THE CIRCUIT COURT OF THE 17th JUDICIAL

## CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA

ALBERT J. CHURBA,
                    Plaintiff,

                v.                                        File No. CACE-15-007855

PNC FINANCIAL SERVICES, Inc. d/b/a PNC Bank,
                    Defendant.
_____/

## SUMMONS

THE STATE OF FLORIDA:
To: Each Sheriff of the State (or selected Process Server):

YOU ARE COMMANDED to serve this summons and a copy of the Complaint in this action on Defendant,

**PNC FINANCIAL SERVICES, Inc. d/b/a PNC Bank**
249 5th Ave
Pittsburgh, PA   15222

IMPORTANT

A lawsuit has been filed against you. **You have 20 calendar days after this summons is served on you to file a written response to the attached Complaint with the clerk of this** court and serve copies upon undersigned counsel. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiffs Attorney" named below.

IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 días, contados a partir del recibo de esta notificación, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefónica no lo protegerá. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el número del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podría ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guía telefónica.

Si desea responder a la demanda por su cuenta, almismo tiempo en que presenta su respuesta
ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiffs Attorney" (Demandante o Abogado del Demandante).

IMPORTANTE

Des poursuites judiciares ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immedits d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiffs Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

**Peter Berkman, Esq.**

Email: peter@peterberkmanlaw.com
Florida Bar No. 110330
Peter Berkman Attorney, PLLC
18865 State Rd 54, Suite #110
Lutz, Florida 33558
Telephone: (813) 600.2971

In accordance with the Americans With Disabilities Act, persons in need of a special accommodation to participate in this proceeding, contact the Administrative Office of the Court, 205 N. Dixie Highway, Room 5.2500, West Palm Beach, Florida 33401, 561-355-4380 / telephone 1-800-955-8771 (TDD), or 1-800-955-8770 (V), via Florida Relay System.

**DATED on this ____ day of May, 2015.**

MAY 07 2015

CLERK OF THE CIRCUIT COURT

As Deputy Clerk

HOWARD C. FORMAN

IN THE CIRCUIT COURT OF THE 17th JUDICIAL

CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA


ALBERT J. CHURBA,
        Plaintiff,
    v.                               File No. CACE-15-007855

PNC FINANCIAL SERVICES, INC. D/B/A PNC BANK
        Defendant.
_____/


## COMPLAINT


    Plaintiff ALBERT J. CHURBA, by his Attorney Peter Berkman, Attorney at Law PLLC, hereby sues PNC FINANCIAL SERVICES, INC. D/B/A PNC BANK and states:

1. This is an action for damages in excess of $15,000.00 and jurisdiction is proper with this Court.

2. That Plaintiff Alfred J. Churba is, and was at all times herein relevant, a resident of the County of Broward, State of Florida.

3. That Defendant PNC Financial Services, Inc. d/b/a PNC Bank, is, and at all times herein relevant was, a corporation organized and existing pursuant to the laws of the State of Pennsylvania, with its principal office at 2730 Liberty Avenue, Pittsburgh, PA 15222.

4. That Defendant PNC Financial Services, Inc. d/b/a PNC Bank, is, and at all times herein relevant was, authorized to do business in the State of Florida, and did in fact conduct business in Broward County, Florida.

5. That Defendant PNC Financial Services, Inc. d/b/a PNC Bank, is, and at all times herein relevant was, the successor-in-interest to National City Corporation.

6.  That at all times herein relevant, Defendant was the purported Assignee of a certain Fixed Rate Promissory Note and Security Agreement entered into between the Plaintiff and National City Corporation on or about June 11, 2005 in Deerfield Beach, County of Broward, and State of Florida.

7.  That at all times herein relevant, Defendant promoted and offered for sale its financial service products to residents and businesses located in Broward County, FL.

8.  Venue for this action is properly laid in the Circuit Court of the Seventeenth Judicial Circuit, in and for Broward County, as:

    (a) The causes of action alleged in this Complaint accrued in Broward County, Florida;

    (b) Plaintiff is a resident of Broward County, Florida;

    (c) Defendant maintains a continuing business presence in Broward County, Florida.

9.  That there are no conditions precedent to the institution of this action.

10. That the causes of action complained of herein originated in the State of Florida, and that jurisdiction and venue in Broward County, FL is proper.

### AS AND FOR A FIRST CAUSE OF ACTION FOR BREACH OF CONTRACT AND WRONGFUL REPOSSESSION

11. At all times hereinafter mentioned in this Complaint, Defendant was the successor-in-interest to National City Corporation, and maintained a place of business for consumer banking in Broward County, FL.

12. On or about June 11, 2005, Plaintiff entered into a written Agreement with National City Corporation to finance the purchase of a 2005 Larson 370 Cabrio 37' Boat, Hull No. LAR76284A505 (hereinafter the "Watercraft"), in the principal amount of $212,654.92. A copy of this Fixed Rate Promissory Note and Security Agreement (hereinafter, the "Note") is annexed hereto as Exhibit "A".

13. That subsequent to June 11, 2005, the Note was purportedly assigned to Defendant, as successor-in-interest to National City Corporation.

14. That at all times pertinent hereto, Plaintiff performed all of his obligations required pursuant to the Note.

15. That on or about June 20, 2012, the Defendant, through its agents, seized the Watercraft without notice to Plaintiff and in violation of the terms of the Agreement. On the date of the seizure, the Watercraft had a fair market value in excess of $150,000.

16. That subsequent to the seizure and repossession, and on or about July 15, 2013, the Watercraft was sold at auction by an agent of the Defendant. Upon information and belief, the sales price at auction was $36,000.

17. That Defendant's actions constituted a breach of its obligations to the Plaintiff and a wrongful repossession pursuant to the terms of the Note.

18. That as a direct and proximate result of Defendant's breach of its contract with Plaintiff, the Plaintiff has been damaged in a sum exceeding $150,000.00, which has been duly demanded and remains unpaid.

## AS AND FOR A SECOND CAUSE OF ACTION FOR CONVERSION

19. Plaintiff repeats and realleges each of the allegations contained in Paragraphs 1 through 18 herein.

20. This is an action for damages in excess of $150,000.00 incurred by Plaintiff resulting from Defendant's conversion of property belonging to Plaintiff.

21. The acts of the Defendant, and its agents, have damaged Plaintiff to the extent of the fair market value of the Watercraft at the time of its seizure by Defendant, which market value is estimated by Plaintiff to be in excess of $150,000.00.

22. That as a direct and proximate result of Defendant's conversion of Plaintiff's property, the Plaintiff has been damaged in a sum exceeding $150,000.00, which has been duly demanded and remains unpaid.

**AS AND FOR A SECOND CAUSE OF ACTION FOR TO RECOVER DAMAGES FOR MARKET VALUE OF COLLATERAL DISPOSED OF BY SECURED PARTY IN VIOLATION OF FLA. STAT. 679.1 et seq.**

23. Plaintiff repeats and realleges each of the allegations contained in Paragraphs 1 through 22 herein.

24. On or about June 20, 2012, the Defendant seized the Watercraft owned by Plaintiff in violation of the terms of the Security Agreement entered into between the Plaintiff and the Defendant, and the terms of which Security Agreement are contained in the Note.

25. On or about July 15, 2013, the Defendant sold at auction the Watercraft owned by Plaintiff in violation of the terms of the Security Agreement.

26. That on the date of the seizure, the fair market value of the Watercraft was in excess of $150,000.00.

27. That the actions of the Defendant were in violation of its duties and obligations pursuant to Florida Statutes Sec. 679.1, et seq.

28. That as a result of Defendant's violation of its duties and obligations pursuant to Florida Statutes Sec. 679.1, et seq. the Plaintiff has been damage in a sum exceeding $150,000.00.

**WHEREFORE**, Plaintiff Albert J. Churba hereby demands judgment:

(1)     **On the First Cause of Action,** against Defendant for Breach of Contract and Wrongful Repossession in an amount exceeding $150,000.00; and

(2)     **On the Second Cause of Action,** against Defendant for Conversion in an amount exceeding $150,000.00; and

(3)     **On the Third Cause of Action,** against Defendant for violation of its duties and obligations pursuant to Florida Statutes Sec. 679.1, et seq. in an amount  exceeding $150,000.00.

together with prejudgment interest, Court costs, attorney's fees, and such other and further relief as the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury on all issues so triable.

**DATED** this 1st day of May, 2015.

_____

**Peter Berkman, Esq.**

Email: peter@peterberkmanlaw.com
Florida Bar No. 110330
Peter Berkman Attorney, PLLC
18865 State Rd 54, Suite #110
Lutz, Florida  33558
Telephone:  (813) 600.2971

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished this 7th day of May, 2015 by certified mail to Defendant as follows:

PNC Bank
249 5th Ave
Pittsburgh, PA  15222

Peter Berkman, Esq.

Fax + Fund

Appl# 021844938

**Exhibit "A"**

National City
ComplexLoan

FIXED RATE PROMISSORY NOTE AND SECURITY AGREEMENT — MULTI-STATE DEALER
(National City)

National City ComplexLoan is a registered trademark of National City Corporation

Date: 06/01/05

DEBTOR: ALBERT J CHIARA
Address: 3700 NW 71ST STREET
PLANTATION FL 33924

DEALER: FREEDOM MOTORS
790 NW 1ST AVE
DEERFIELD BEACH FL 33441

PROMISSORY NOTE. ... the principal sum of $ 212654.92 ...

PROPERTY (list name of property)

| Year | Make/Manufacturer | Model | New/Used | Hull ID or Serial # |
|------|-------------------|-------|----------|---------------------|
| 2003 | LARSON | 370 CABRIO | N | LAR/62214593 |
| 2003 | VOLVO | 8.1GI | N | 0810169331 |
| 2003 | VOLVO | 8.1GI | N | 0810169334 |

**DISCLOSURE STATEMENT.**

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate | FINANCE CHARGE The dollar amount the credit will cost you | AMOUNT FINANCED The amount of credit provided to you or on your behalf | TOTAL OF PAYMENTS The amount you will have paid after you have made all payments as scheduled |
|---|---|---|---|
| 6.25 % | $ 160369.88 | $ 212654.92 | $ 373214.80 |

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 240 | $ 1554.93 | Monthly Beginning 07/11/05 |

Late Charges: ...

Prepayment: ...

**Insurance.** ...

| | Yes | No | Term | Premium |
|---|---|---|---|---|
| Credit Life Insurance (Insured Only) | | | months | $ |
| Credit Life Insurance (Insured/Joint Insured) | | | months | $ |
| Credit Disability Insurance (Insured Only) | | | months | $ |
| Credit Life Insurance (Insured/Joint Insured) | | | months | $ |

| | Yes | No | Term | Cost |
|---|---|---|---|---|
| Service Contract (extended warranty) | | | months | $ |
| GAP Waiver (Debt Cancellation) Agreement | | | months | $ |

**DISBURSEMENT OF PROCEEDS.** ...

**NOTICES.** ...

**SIGNATURES.** YOU HAVE READ AND AGREE TO ALL PROVISIONS OF THIS NOTE ...

ALBERT J CHIARA    [ ] Individual

Exxx Proprietorship

Type or print name of Debtor    Debtor's Signature    Title (if applicable)
[ ] Individual    [ ] Sole Proprietorship    [ ] Corporation/Partnership/LLC

Type or print name of Debtor    Debtor's Signature    Title (if applicable)
[ ] Individual    [ ] Sole Proprietorship    [ ] Corporation/Partnership/LLC

Type or print name of Debtor    Debtor's Signature    Title (if applicable)
[ ] Individual    [ ] Sole Proprietorship    [ ] Corporation/Partnership/LLC

FOR MICHIGAN GUARANTORS ONLY. Sign Separate Guaranty Agreement.

Filing # 27329953 E-Filed 05/15/2015 09:49:19 AM

IN THE CIRCUIT COURT,
SEVENTEENTH JUDICIAL CIRCUIT IN
AND FOR BROWARD COUNTY,
FLORIDA

CASE NO.: CACE-15-007855

ALBERT J. CHURBA,

      Plaintiff,

v.

PNC FINANCIAL SERVICES, INC.,
D/B/A PNC BANK,

      Defendant.

_____/

## NOTICE OF APPEARANCE OF COUNSEL AND EMAIL DESIGNATION

PLEASE TAKE NOTICE that the undersigned law firm, McGlinchey Stafford, PLLC, hereby notices that it will be appearing on behalf of the Defendant, PNC FINANCIAL SERVICES, INC., D/B/A PNC BANK, as counsel in this matter for all purposes herein. All future pleadings and communications shall be directed to the undersigned at the contact information below.

Notice is also hereby given, in compliance with Rule 2.516(b)(1), Florida Rules of Judicial Administration, of the primary e-mail address and secondary e-mail address for counsel of Defendant in this action as follows:

Primary E-Mail Address:      cburgess@mcglinchey.com
Secondary E-Mail Address:    mmoreau@mcglinchey.com

1081461.1

Respectfully submitted,

R. Carter Burgess, Esq.
Florida Bar # 058298
Glen M. Lindsay, Esq.
Florida Bar # 59200
McGLINCHEY STAFFORD
10407 Centurion Parkway North, Suite 200
Jacksonville, FL 32256
Tel.: (904) 224-4449 (main)
cburgess@mcglinchey.com
mmoreau@mcglinchey.com
Attorneys for Defendant PNC Bank

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing has been furnished, via the following manner, this 15th day of May, 2015, to the following:

**Via Electronic Mail**

Peter Berkman, Esq.
Peter Berkman Attorney, PLLC
18865 State Road 54, Suite #110
Lutz, FL  33558
peter@peterberkmanlaw.com
*Attorney for Plaintiff*

Attorney

Filing # 27764007 E-Filed 05/27/2015 04:00:36 PM

IN THE CIRCUIT COURT,
SEVENTEENTH JUDICIAL CIRCUIT IN
AND FOR BROWARD COUNTY,
FLORIDA

CASE NO.: CACE-15-007855

ALBERT J. CHURBA,

      Plaintiff,

v.

PNC FINANCIAL SERVICES, INC.,
D/B/A PNC BANK,

      Defendant.

_____/

## DEFENDANT'S MOTION FOR EXTENSION OF TIME
## TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendant, PNC FINANCIAL SERVICES, INC., D/B/A PNC BANK, (the "Defendant"), by and through undersigned counsel, and pursuant to Rule 1.090(b)(1), Florida Rules of Civil Procedure, files this Motion for Extension of Time to Respond to the Plaintiff's Complaint, and in support thereof, states:

1.     On May 5, 2015, Plaintiff filed a Complaint against Defendant in the County Court of the Seventeenth Judicial Circuit in and for Broward County, Florida.

2.     Based on a service date of May 8, 2015, the Defendant's response to the Complaint is due May 28, 2015.

3.     The undersigned and the Defendant need additional time to prepare a response to Plaintiff's Complaint.   Plaintiff has agreed to provide Defendant with additional time.

4.     Rule 1.090 (b), Florida Rules of Civil Procedure, provides, in relevant part:

    **(b)   Enlargement.**  When an act is required or allowed to be done at or within a specified time by order of court, by these rules, or by notice given thereunder, for cause shown the court at any

1081631.1

time in its discretion (1) with or without notice, may order the period enlarged if request thereof is made before the expiration of the period originally prescribed or as extended by a previous order[.]

5.     No prejudice will result from the relief sought.

WHEREFORE, the Defendant respectfully requests that this Court enter an Order granting the Motion for Extension of Time to Respond to Plaintiff's Complaint, and for such other and further relief as this Court deems just and proper.

Respectfully submitted,

R. Carter Burgess, Esq.
Florida Bar # 058298
Glen M. Lindsay, Esq.
Florida Bar # 59200
McGLINCHEY STAFFORD
10407 Centurion Parkway North, Suite 200
Jacksonville, FL 32256
Tel.: (904) 224-4449 (main)
cburgess@mcglinchey.com
mmoreau@mcglinchey.com
Attorneys for Defendant PNC Bank

1081631.1

2

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that a true and correct copy of the above and foregoing has been furnished, via the following manner, this 26th day of May, 2015, to the following:

<u>**Via Electronic Mail**</u>

Peter Berkman, Esq.
Peter Berkman Attorney, PLLC
18865 State Road 54, Suite #110
Lutz, FL  33558
peter@peterberkmanlaw.com
*Attorney for Plaintiff*

_____
Attorney

1081631.1

3